1036

[No. 26996-1-II.  Division Two.  May 10, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY E. BELCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-8-00693-7, James J. Stonier, J., entered January 17, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 27008-1-II.  Division Two.  May 10, 2002.]

BRONSON KIM, *Respondent*, v. WILLIAM BOYER, SR., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-10370-5, Kitty-Ann van Doorninck, J., entered January 12, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 27058-7-II.  Division Two.  May 10, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK GERARD JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-04940-6, John A. McCarthy, J., entered February 16, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Houghton and Armstrong, JJ.

[No. 46206-7-I.  Division One.  May 13, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RAUL MEDINA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-08206-7, Carol A. Schapira, J., entered March 10, 2000. *Affirmed in part* and *remanded* by unpublished opinion per Schindler, J., concurred in by Coleman and Ellington, JJ. Now published at 112 Wn. App. 40.